IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

ANTHONY HICKS                                                                                           PLAINTIFF

        v.                              Civil No. 04-1097

PAUL LUCAS, Sheriff, Ouachita
County, Arkansas; LT. JOE STRICKLAND,
Chief Deputy, Ouachita County
Detention Center; CAPTAIN BRIAN
BRIAN; LT. DAVID NORWOOD;
MIKE BLACKWELL, Chief Jailer;
JAILER DOUG NORWOOD; and
JAILER GARY GRIFFIS                                                 DEFENDANTS

**REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE**

Anthony Hicks filed this pro se civil rights action pursuant to 42 U.S.C. § 1983 on September 7, 2004. His complaint was filed in forma pauperis (IFP).

On June 30, 2005, defendants filed a motion for summary judgment (Doc. 24). On September 12, 2005, the undersigned entered an order (Doc. 29) directing Hicks to complete, sign and return an attached questionnaire that would serve as his response to the summary judgment motion.

The plaintiff's response to the questionnaire was to be returned by October 10, 2005. To date, the plaintiff has failed to respond to the questionnaire. The court's order and attached questionnaire have not been returned as undeliverable. The order was mailed to the same address as the court's prior orders. Plaintiff has not informed the court of any change in his address.

Plaintiff has not sought an extension of time to respond to the summary judgment motion or otherwise communicated with the court. I therefore recommend Hicks' claims be dismissed on the grounds he has failed to prosecute this action and comply with the order of the court. *See*

Fed. R. Civ. P. 41(b).

**The parties have ten days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 25th day of October 2005.

/s/ Bobby E. Shepherd
UNITED STATES MAGISTRATE JUDGE