IN THE UNITED STATES DISTRICT COURT
WESTERN DIVISION OF ARKANSAS
EL DORADO DIVISION

ANTHONY HICKS                                                                 PLAINTIFF

VS.                          Civil No. 04-CV-1097

PAUL LUCAS, Sheriff, Ouachita County,
Arkansas; LT. JOE STRICKLAND,
Chief Deputy, Ouachita County Detention
Center; CAPTAIN BRIAN BRIAN;
LT. DAVID NORWOOD; MIKE
BLACKWELL, Chief Jailer; JAILER
DOUG NORWOOD; and JAILER GARY
GRIFFIS                                                 DEFENDANTS

**<u>ORDER</u>**

Now on this 7th day of December, 2005, comes on for consideration the proposed findings and recommendations filed herein on October 25, 2005, by the Honorable Bobby E. Shepherd, United States Magistrate Judge for the Western District of Arkansas. Ten (10) days having passed without objections being filed by the parties, the court hereby adopts <u>in</u> <u>toto</u> the findings and recommendations.

Accordingly, the court finds that Hicks' claims should be and are hereby dismissed on the grounds he has failed to prosecute this action and comply with the order of the court. *See* Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

                                                   */s/ Harry F. Barnes*
                                                   **HARRY F. BARNES**
                                                   **U.S. DISTRICT JUDGE**